# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 16, 2015

Clerk
Court of Appeals of Texas, Twelfth District
1517 W. Front Street
Suite 354
Tyler, TX  75702



FILED IN COURT OF APPEALS
12th Court of Appeals District

JUL 2 0 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

Re:   Nicky Charune Agnew
      v. Texas
      No. 15-71
      (Your No. 12-13-00181-CR)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 14, 2015 and placed on the docket July 16, 2015 as No. 15-71.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob C. Travers
Case Analyst